Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  19−26873−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason Sepulveda
   dba Jays Custom Painting LLC
   236 Lighthouse Drive
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−2544

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/5/19
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 2, 2019
JAN: vpm

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Sepulveda  
    Debtor

Case No. 19-26873-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 02, 2019  
                      Form ID: 132    Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Jason Sepulveda,    236 Lighthouse Drive,    Manahawkin, NJ 08050-2526
518440896      +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
518440898      +Comenitycb/lexus,    Po Box 182120,    Columbus, OH 43218-2120
518474210      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,    Blasdell NY 14219-2553
518440901      +Radius Global Solution,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518440902      +State of New Jersey,    State of New Jersey Div of Taxation,    Po Box 1009,
                 Mooreestown NJ 08057-0909
518440903      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518440904      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518491809      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518440897      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2019 00:31:15
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518440899      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2019 00:32:06      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518440900       E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 00:28:41      Internal Revenue Service,    IRS,
                 PO Box 8208,    Philadelphia PA 19101-8208
518451458       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 00:33:13
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518457810      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2019 00:33:16      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518463104*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com,
               Davidespositolaw@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```