Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

**JASON SEPULVEDA**

                                   Debtor(s).

Case No.:       19-26873 MBK

Hearing: 12/3/19

Judge:   **Michael B. Kaplan**

## INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

DATED: December 13, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 12/3/19 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled  to 2/4/20  at  10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the rescheduled Confirmation Hearing:

- Resolve IRS estimated claim #11-1.

**IT IS FURTHER ORDERED** that debtor(s) shall resolve the following issues required for Confirmation, on or before the date specified herein:

- Debtor(s) resolution of the claim(s) of Toyota Motor Credit  by Amended Proof of Claim or Order on Claims Motion
- Modified Plan to be filed on or before 1/4/20 re DSO.
- Resolution of Objection of Chapter 13 Trustee - Debtor's response to Objection to be submitted no later than 10 days from the date of this Order.
- File Amended Schedule J by 1/4/20

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.