| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br>Jason Sepulveda | Case No.: _____19-26873_____<br>Chapter: _____13_____<br>Judge: _____Michael B. Kaplan_____ |

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __David G. Esposito, Esq.__

This will confirm that on _____1/4/2020_____ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __J__,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: __January 6, 2020__     Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Sepulveda  
    Debtor

Case No. 19-26873-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 06, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db         +Jason Sepulveda,    236 Lighthouse Drive,    Manahawkin, NJ 08050-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:  
      Albert    Russo    docs@russotrustee.com  
      David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com, Davidespositolaw@comcast.net  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 5