| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **ALBERT RUSSO**<br>**CN 4853**<br>**TRENTON, NEW JERSEY 08650**<br>**(609) 587-6888**<br><br>**STANDING CHAPTER 13 TRUSTEE** |
| In Re:<br><br>      **JASON SEPULVEDS**<br><br>             **Debtor(s)** |

**Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-26873 MBK

Hearing:  1/14/2020

Judge Michael B. Kaplan

# ORDER RESOLVING TRUSTEE'S OBJECTION

## TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: January 27, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Schedule C; and it appearing that the exemptions taken on Schedule C, Doc #26 did not specify the code section; and no response was filed on Trustee's objection; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED** that debtor's exemptions taken on amended Schedule C, Doc #26 are disallowed.