| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **ALBERT RUSSO**<br>**CN 4853**<br>**TRENTON, NEW JERSEY 08650**<br>**(609) 587-6888**<br><br>**STANDING CHAPTER 13 TRUSTEE** |

**Order Filed on January 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    **JASON SEPULVEDS**

        **Debtor(s)**

Case No.:  19-26873 MBK

Hearing:  1/14/2020

Judge Michael B. Kaplan

# ORDER RESOLVING TRUSTEE'S OBJECTION

## TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: January 27, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Schedule C; and it appearing that the exemptions taken on Schedule C, Doc #26 did not specify the code section; and no response was filed on Trustee's objection; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED** that debtor's exemptions taken on amended Schedule C, Doc #26 are disallowed.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-26873-MBK
Jason Sepulveda                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 27, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Jason Sepulveda,    236 Lighthouse Drive,    Manahawkin, NJ 08050-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com,
               Davidespositolaw@comcast.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5