| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **ALBERT RUSSO** <br> **CN 4853** <br> **TRENTON, NEW JERSEY 08650** <br> **(609) 587-6888** <br><br> **STANDING CHAPTER 13 TRUSTEE** |
| In Re: <br><br>     **JASON SEPULVEDA** <br><br>               **Debtor(s)** |

Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-26873 MBK

Hearing:   3/11/2020

Judge   Michael B. Kaplan

# ORDER RESOLVING TRUSTEE'S OBJECTION
# TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: March 25, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Schedule C; and it appearing that amended Schedule C filed 1/23/2020 did not include 2017 Chevy EXP and 2004 Ford F150 and also add a 2003 Ford Van and 2005 Ford F150; and the court having heard the response filed on Trustee's objection; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED** that debtor's amended exemptions filed on January 23, 2020, doc #44, are disallowed in full.