Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–26873–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jason Sepulveda
dba Jays Custom Painting LLC
236 Lighthouse Drive
Manahawkin, NJ 08050

Social Security No.:
xxx–xx–2544

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/15/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 16, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                                Case No. 19-26873-MBK
Jason Sepulveda                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 2              Date Rcvd: Apr 16, 2020
                                Form ID: 148               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db             +Jason Sepulveda,    236 Lighthouse Drive,    Manahawkin, NJ 08050-2526
518440896      +Ar Resources Inc,    Pob 1056,   Blue Bell, PA 19422-0287
518560725       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD   57108-5027
518440898      +Comenitycb/lexus,    Po Box 182120,    Columbus, OH 43218-2120
518546696       Pendrick Capital Partners II, LLC,     Peritus Portfolio Services II, LLC,   PO BOX 141419,
                 IRVING, TX   75014-1419
518546695       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX   75014-1419
518474210      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,    Blasdell NY 14219-2553
518440901      +Radius Global Solution,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518545218     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
518600304      +State of New Jersey,    Div. of Taxation,   PO Box 1009,    Moorestown, NJ 08057-0909
518440902      +State of New Jersey,    State of New Jersey Div of Taxation,   Po Box 1009,
                 Mooreestown NJ 08057-0909
518491809      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 01:39:48     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 01:39:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518555384       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:54
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518500367      +EDI: AIS.COM Apr 17 2020 05:18:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518440897      +EDI: CAPITALONE.COM Apr 17 2020 05:18:00      Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
518440899      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2020 01:36:48     Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518440900       EDI: IRS.COM Apr 17 2020 05:18:00      Internal Revenue Service,   IRS,   PO Box 8208,
                 Philadelphia PA 19101-8208
518503625       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:53     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518451458       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:54
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518535913       EDI: Q3G.COM Apr 17 2020 05:18:00      Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA   98083-0788
518552328       EDI: Q3G.COM Apr 17 2020 05:18:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA   98083-0788
518457810      +EDI: AIS.COM Apr 17 2020 05:18:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518440903      +EDI: CITICORP.COM Apr 17 2020 05:18:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
518440904      +EDI: TFSR.COM Apr 17 2020 05:18:00      Toyota Motor Credit,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
518550602      +EDI: AIS.COM Apr 17 2020 05:18:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518463104*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com,
               Davidespositolaw@comcast.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```