Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–26873–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jason Sepulveda
    dba Jays Custom Painting LLC
    236 Lighthouse Drive
    Manahawkin, NJ 08050

Social Security No.:
    xxx–xx–2544

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 7/30/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    September 1, 2020
Time:                      10:00 AM
Location:              Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 31, 2020
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-26873-MBK
Jason Sepulveda                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 31, 2020
                             Form ID: 185          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Jason Sepulveda,    236 Lighthouse Drive,   Manahawkin, NJ 08050-2526
518440896      +Ar Resources Inc,    Pob 1056,   Blue Bell, PA 19422-0287
518560725       Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518440898      +Comenitycb/lexus,    Po Box 182120,   Columbus, OH 43218-2120
518546696       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518546695       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX  75014-1419
518474210      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,   Blasdell NY 14219-2553
518440901      +Radius Global Solution,    7831 Glenroy Rd Ste 250,   Edina, MN 55439-3117
518545218     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
518600304      +State of New Jersey,    Div. of Taxation,   PO Box 1009,   Moorestown, NJ 08057-0909
518440902      +State of New Jersey,    State of New Jersey Div of Taxation,   Po Box 1009,
                Mooreestown NJ 08057-0909
518440903      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
518440904      +Toyota Motor Credit,    Po Box 9786,   Cedar Rapids, IA 52409-0004
518491809      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25    U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-1235
518555384       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:53:49
                Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
518500367      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 23:54:31
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518440897      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 23:54:13
                Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
518440899      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 23:54:19    Credit One Bank Na,
                Po Box 98872,   Las Vegas, NV 89193-8872
518440900       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 31 2020 23:46:53    Internal Revenue Service,   IRS,
                PO Box 8208,   Philadelphia PA 19101-8208
518503625       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:54:24    LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518451458       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:54:24
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
518535913       E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2020 23:47:13
                Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
518552328       E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2020 23:47:13
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
518457810      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 23:55:11    T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518550602      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 23:54:31    Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                 TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518463104*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin           Page 2 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 185          Total Noticed: 27
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com,
           Davidespositolaw@comcast.net
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5
```