Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−26873−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason Sepulveda
   dba Jays Custom Painting LLC
   236 Lighthouse Drive
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−2544

Employer's Tax I.D. No.:

NOTICE FILING OF ERROR

Please be advised that the Notice of Filing of Modification of Plan Confirmation and Notice of Hearing Thereon filed on 7/31/2020 was entered in error. Please disregard.

Dated: August 3, 2020
JAN: mrg

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 19-26873-MBK
Jason Sepulveda                                                     Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 03, 2020
                              Form ID: 200             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db             +Jason Sepulveda,    236 Lighthouse Drive,    Manahawkin, NJ 08050-2526
518440896      +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
518560725       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518440898      +Comenitycb/lexus,    Po Box 182120,    Columbus, OH 43218-2120
518546696       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518546695       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518474210      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,    Blasdell NY 14219-2553
518440901      +Radius Global Solution,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518545218     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518600304      +State of New Jersey,    Div. of Taxation,    PO Box 1009,    Moorestown, NJ 08057-0909
518440902      +State of New Jersey,    State of New Jersey Div of Taxation,    Po Box 1009,
                 Mooreestown NJ 08057-0909
518440903      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518440904      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518491809      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 00:29:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 00:29:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518555384       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 00:34:55
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518500367      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2020 00:36:16
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518440897      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 00:36:02
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518440899      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 04 2020 00:35:24      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518440900       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 04 2020 00:27:41      Internal Revenue Service,   IRS,
                 PO Box 8208,    Philadelphia PA 19101-8208
518503625       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 00:34:54      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518451458       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 00:34:55
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518535913       E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2020 00:28:54
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA 98083-0788
518552328       E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2020 00:28:54
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518457810      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2020 00:34:57      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518550602      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2020 00:34:57      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518463104*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 03, 2020
                              Form ID: 200             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              David G. Esposito    on behalf of Debtor Jason  Sepulveda despositolaw@gmail.com,
               Davidespositolaw@comcast.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 5
```